ARCHIMEDES LAW GROUP, LLP
SILVIO NARDONI (SBN 048395)
333 S. GRAND AVE., SUITE 3310
LOS ANGELES, CALIFORNIA 90071
818-550-1800 TELEPHONE
818-550-1850 FACSIMILE

ALEXANDROS KOSMAS MITRAKAS (ADMITTED PRO HAC VICE)
MDE LAW GROUP, PLLC
10521 JUDICIAL DRIVE, SUITE 305
FAIRFAX, VIRGINIA 22030
DIRECT: 703.865.7135
MAIN: 703.865.7131
ALEX@MDELAWGROUP.COM

MARIAM TADROS REMY (ADMITTED PRO HAC VICE)
WHITEFORD TAYLOR PRESTON
3190 FAIRVIEW PARK DRIVE
SUITE 800
FALLS CHURCH, VA 22042
PHONE: 703.280.9260
FAX: 703.259.6531
MREMY@WHITEFORDLAW.COM

*Attorneys for the Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIOM ANISIMOV,<br><br>Plaintiff,<br><br>v.<br><br>NOOSPHERE VENTURE PARTNERS LP,<br>a Delaware Limited Partnership,<br><br>EOS DATA ANALYTICS, INC.,<br>a Delaware Corporation,<br><br>Defendants. | Case No. 3:26-CV-05758-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO REMAND** |

1

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME

IT IS HEREBY STIPULATED by and between Plaintiff Artiom Anisimov ("Plaintiff") and Defendants Noosphere Venture Partners LP, and EOS Data Analytics, Inc. ("Defendants"), by and through their respective counsel of record, as follows:

WHEREAS, Plaintiff filed a Complaint asserting claims against Defendants in San Mateo County Superior Court (Case No. 26-CIV-04597; the "State Court Action") on or about June 9, 2026;

WHEREAS, Plaintiff filed a First Amended Complaint in the State Court Action (the "Operative Complaint") on or about June 11, 2026;

WHEREAS, Defendants removed the State Court Action to this Court on June 14, 2026, (Dkt. 1);

WHEREAS, Plaintiff filed a timely motion to remand the action to State Court on June 27, 2026 (the "Motion to Remand;" Dkt. 20);

WHEREAS, the Court has set the Motion to Remand for oral argument on August 19, 2026;

WHEREAS, Defendants' desire to extend their deadline to file any opposition and reply brief to the Motion to Remand;

WHEREAS, the parties have reached an agreement with respect to these matters and now seek permission from this Court to grant this stipulation which memorializes their agreement; and

WHEREAS, the parties also agree to extend the deadline for Defendants to answer or otherwise respond to the Operative Complaint from July 2, 2026 to August 15, 2026, subject to the Court granting the parties' request in the Stipulation and [Proposed] Order Extending Time for Defendants to Respond to Complaint (Dkt. 24) to extend Defendants' time to answer or otherwise respond to the Operative Complaint to be fourteen (14) days after the Court issues an Order on the Motion to Remand, and which will control if granted.

NOW, THEREFORE, the parties stipulate and respectfully request as follows:

Defendants' deadline to file an Opposition to the Motion to Remand shall be extended to July 23, 2026;

Plaintiff's deadline to file a Reply Brief in response to the Opposition to the Motion to Remand shall be extended to August 12, 2026; and

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME

The parties agree to extend the deadline for Defendants to answer or otherwise respond to the Operative Complaint to August 15, 2026, subject to the Court granting the parties' request to extend Defendants' time to answer or otherwise respond to the Operative Complaint to be fourteen (14) days after the Court issues an Order on the Motion to Remand, which will extend the deadline for Defendants to answer or otherwise respond to the Operative Complaint to that later date.

**IT IS SO STIPULATED.**

Dated: July 1, 2026                                        MDE LAW GROUP, PLLC


By: /s/ *Alexandros K. Mitrakas*
     Alexandros K. Mitrakas (*Admitted Pro Hac Vice*)

*Attorneys for Plaintiff Artiom Anisimov*

Dated: July 1, 2026                                        BAKER BOTTS L.L.P.


By: /s/ *Karan Singh Dhadialla*
     Karan Singh Dhadialla

*Attorneys for Defendants Noosphere Venture Partners LP and EOS Data Analytics, Inc.*

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1 (h)(3), I hereby attest that the content of this document is acceptable to Karan Singh Dhadialla, Counsel for Defendants, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: July 1, 2026                                        Respectfully submitted,

     /s/ *Alexandros K. Mitrakas*
Alexandros K. Mitrakas (*Admitted Pro Hac Vice*)

3

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME

**[PROPOSED]** ORDER

The Court, having considered the parties' stipulation and good cause appearing in part, hereby orders

that (1) Defendants' deadline to file an Opposition to the Motion to Remand shall be extended to **July 16, 2026**; and (2) Plaintiff's deadline to file a Reply Brief in response to the Opposition to the Motion to Remand shall be extended to **August 5, 2026**.\*

IT IS SO ORDERED.



Dated: July 9, 2026

Honorable William H. Orrick
United States District Court Judge

\*The Court requires that the reply be filed at least two weeks prior to the hearing.  I adjusted the briefing schedule accordingly.  The parties may choose to change the Opposition date above but not the Reply.

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME