Matthew J. Jacobs (SBN 171149)
Karan Singh Dhadialla (SBN 296313)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Phone: (415) 291-6200
Fax: (415) 291-6300
matt.jacobs@bakerbotts.com
karan.dhadialla@bakerbotts.com

Linda H. Martin (admitted *pro hac vice*)
Nischay Bhan (admitted *pro hac vice*)
Eric DuPont (admitted *pro hac vice*)
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Phone: (212) 408-2500
Fax: (212) 408-2501
linda.h.martin@bakerbotts.com
nischay.bhan@bakerbotts.com
eric.dupont@bakerbotts.com

*Attorneys for Defendants Noosphere Venture Partners LP and EOS Data Analytics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIOM ANISIMOV,<br><br>Plaintiff,<br><br>v.<br><br>NOOSPHERE VENTURE PARTNERS LP, a Delaware Limited Partnership,<br><br>EOS DATA ANALYTICS, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 3:26-CV-05758-WHO<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME FOR DEFENDANTS TO FILE AN OPPOSITION TO THE MOTION TO REMAND** |

IT IS HEREBY STIPULATED by and between Plaintiff Artiom Anisimov ("Plaintiff") and Defendants Noosphere Venture Partners LP, and EOS Data Analytics, Inc. ("Defendants"), by and through their respective counsel of record, as follows:

WHEREAS, Plaintiff filed a timely motion to remand this action to the Superior Court for the County of San Mateo on June 27, 2026 (the "Motion to Remand;" Dkt. 20);

WHEREAS, Plaintiff filed his Memorandum of Law in Support of his Motion to Remand on June 26, 2026 (Dkt. 19);

WHEREAS, on July 1, 2026, the Parties submitted a stipulated request to extend Defendants' deadline to file an Opposition to the Motion to Remand to July 23, 2026, and to extend Plaintiff's deadline to file a Reply Brief in response to the Opposition to the Motion to the Remand to August 12, 2026 (Dkt. 26);

WHEREAS, on July 9, 2026, the Court entered an Order extending Defendants' deadline to file an Opposition to the Motion to Remand to July 16, 2026, and extending Plaintiff's deadline to file a Reply Brief in response to the Opposition to the Motion to Remand to August 5, 2026, and informed the Parties that they may change the Opposition date but not the Reply (Dkt. 30);

WHEREAS, the Parties wish to extend Defendants' deadline to file an Opposition to the Motion to Remand to July 22, 2026, with Plaintiff's deadline to file a Reply Brief remaining as August 5, 2026;

NOW, THEREFORE, the Parties stipulate and respectfully request as follows:

Defendants' deadline to file an Opposition to the Motion to Remand shall be extended to July 22, 2026.

**IT IS SO STIPULATED.**

Dated: July 13, 2026

ARCHIMEDES LAW GROUP, LLP

By: */s/ Alexandros K. Mitrakas*
Alexandros K. Mitrakas (*Admitted Pro Hac Vice*)

*Attorneys for Plaintiff Artiom Anisimov*

Dated: July 13, 2026

BAKER BOTTS L.L.P.

By: */s/ Karan Singh Dhadialla*
Karan Singh Dhadialla

*Attorneys for Defendants Noosphere Venture Partners LP and EOS Data Analytics, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1 (h)(3), I hereby attest that the content of this document is acceptable to Alexandros K. Mitrakas, Counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: July 13, 2026

Respectfully submitted,

*/s/ Karan Singh Dhadialla*
Karan Singh Dhadialla

**~~[PROPOSED]~~ ORDER**

The Court, having considered the parties' stipulation and good cause appearing, hereby orders that Defendants' deadline to file an Opposition to the Motion to Remand shall be extended to **July 22, 2026**, and all other deadlines related to Plaintiff's Motion to Remand shall remain the same.

IT IS SO ORDERED.

Dated: July 15, 2026

Honorable William H. Orrick
United States District Court Judge